# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 14, 2006

To: United States Court of Appeals      Attn:  (✓)  Civil
    For the Ninth Circuit
    Office of the Clerk                         ( )  Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CV-03-00265-SOM          Appeal No:    04-16501
Short Title:    Feibusch vs. Sun Life Assurance

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy  6/28/2004 |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____    Date: _____

cc: all counsel