NOATT INVAT
i

INTERNAL USE ONLY: Proceedings include all events.
04-16501 Feibusch v. Sun Life Assurance, et al

| | |
|---|---|
| TONI FEIBUSCH<br>      Plaintiff - Appellant | Alan Van Etten, Esq.<br>FAX 808/533-2242<br>808/531-8031<br>[COR ret]<br>Robert D. Harris, Esq.<br>FAX 808/533-2242<br>808/531-8031<br>[COR ret]<br>DAMON, KEY, LEONG, KUPCHAK &<br>HASTERT<br>1600 Pauahi Tower<br>1001 Biship Street<br>Honolulu, HI 96813<br><br>Jamesner A. Dumlao<br>FAX 808/533-2242<br>808/531-8031<br>[COR LD NTC ret]<br>DAMON KEY LEONG KUPCHAK HASTERT<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Mark D. DeBofsky, Esq.<br>FAX 312/372-2778<br>312/372-5200<br>Suite 2440<br>[COR LD NTC ret]<br>DALEY DEBOFSKY & BRYANT<br>55 W. Monroe St.<br>Chicago, IL 60603 |
| v. | |
| INTEGRATED DEVICE TECHNOLOGY,<br>INC. EMPLOYEE BENEFIT PLAN<br>      Defendant | No appearance<br>No appearance |
| SUN LIFE ASSURANCE CO OF<br>CANADA<br>      Defendant - Appellee | Keith K. Hiraoka, Esq.<br>FAX 808-521-9648<br>808/538-7500<br>900 Davies Pac. Ctr<br>[COR LD NTC ret]<br>ROECA, LOUIE & HIRAOKA<br>841 Bishop Street<br>Honolulu, HI 96813<br><br>Mark E. Schmidtke, Esq.<br>FAX 219/464-1401<br>219/465-7368<br>[COR LD NTC ret]<br>SCHMIDTKE HOEPPNER CONSULTANTS<br>LLP<br>103 E. Lincoln Way |

NOATT INVAT
i

INTERNAL USE ONLY: Proceedings include all events.
04-16501 Feibusch v. Sun Life Assurance, et al

```
                    P.O. Box 2357
                    Valparaiso, IN 46384
```