# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00265SOM-LEK |
| CASE NAME: | Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S. |
| ATTYS FOR PLA: | Robert D. Harris<br>Mark Debofsky |
| ATTYS FOR DEFT: | Keith K. Hiraoka<br>Mark E. Schmidtke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/6/2006 | TIME: | 9:26-9:40 |

COURT ACTION:  EP: Status Conference Re: 9th CCA Remand; Trial Re-Setting Conference held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Non-jury trial on June **13**, 2007 at 9:00 a.m. before SOM
2. Final Pretrial Conference on May 1, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 24, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by May 22, 2007
8b. File opposition memo to a Motion in Limine by May 29, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before LEK in **February or March 2007 after the scope of the trial is determined.**
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and

       Jury Instructions by N/A
21.   File Final witness list by May 22, 2007
24.   Exchange Exhibit and Demonstrative aids by May 15, 2007
25.   Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 22, 2007
26.   File objections to the Exhibits by May 29, 2007
28a.  File Deposition Excerpt Designations by May 22, 2007
28b.  File Deposition Counter Designations and Objections by May 29, 2007
29.   File Trial Brief by May 29, 2007
30.   File Findings of Fact & Conclusions of Law by May 29, 2007

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00365SOM-LEK;
Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S.;
Rule 16 Scheduling Conference Minutes
11/6/2006