# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00265SOM-LEK |
| CASE NAME: | Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S. |
| ATTYS FOR PLA: | Robert D. Harris<br>Mark Debofsky |
| ATTYS FOR DEFT: | Keith K. Hiraoka<br>Mark E. Schmidtke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/06/2006 | TIME: | 9:28-9:40 |

COURT ACTION:  EP: Status Conference Re: 9th CCA Remand; Trial Re-Setting Conference held.  Mark Debosky and Mark E. Schmidtke participated by phone.

New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued. See Separate Minutes.

Simultaneous Letter Briefs to be submitted to Judge Susan Oki Mollway regarding:
Scope of Trial Issues to be presented to the Court.
How will the evidence be presented, transcripts, video depositions, etc.

Initial Letter Brief limited to 10 pages, including exhibits, presentation may be joint if desired by Counsel.  Initial Letter Brief is due 11/20/06 directly to Judge Susan Oki Mollway with a CC to all counsel.

Short Simultaneous Responsive brief (5 page limit) is due 11/30/06 to Judge Susan Oki Mollway with a CC to all counsel.

Submitted by: Warren N. Nakamura, Courtroom Manager