Aug 19 04 02:24p     Michael McKuin          (909) 336-4437           p.4

Currently, we are behind approximately $1,000,000 from the original plan projection for the month of June. I know you are all working hard to provide the claim resolutions needed to meet our goals. Realistically, it will be very difficult, if not impossible, to achieve the planned terminations/denials of 271 by the end of the month, especially considering that we are currently at 166 terminations/denials. We want to foster further enthusiasm and excitement toward improving our current results, as each proper claim resolution can have a very positive effect on the bottomline financial results for the month of June.

In an effort to create enthusiasm within our staff and also recognize your efforts, we will conduct a lottery of the following items:



$250.00 Gift Certificate
$100.00 Gift Certificate
$ 50.00 Gift Certificate

The lottery rules are as follows:

1) Each individual in LTD will be awarded 1 chance.
2) For each appropriate closure or termination completed on Thursday and/or Friday, each individual performing the closure/termination (and each individual directly supporting the process) will be award 3 chances.
3) For each appropriate closure or termination completed on Saturday and/or Sunday, each individual performing the closure/termination (and each individual directly supporting the process) will be award 6 chances.

On Monday, we will conduct a random drawing of the combined chances and the prizes will be awarded.

This is a great opportunity for you to contribute to the success of the business along with enjoying some personal and professional enjoyment from your hard work and efforts.

Let's *"Kick It Up a Notch"*

Thank you,
Steve

EXHIBIT ___2___

Aug 19 04 02:24p        Michael McKuin                    (909) 336-4437                p.5

Michael A. McKuin
Attorney at Law
P.O. Box 637
Lake Arrowhead, CA 92352

