# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00265SOM-LEK |
| CASE NAME: | Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 11/28/2006 | TIME: | |

COURT ACTION:  EO: Short Simultaneous Responsive Briefs Regarding Scope of Trial Issues to be presented to the Court (5 page limit) previously due 11/30/06 to Judge Susan Oki Mollway are now due **12/8/06.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager