## DISTRICT COURT RECORD RETURN FORM

### U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

From: Chambers of Judge Hug
January 5, 2007

District Court/Agency: U.S. District Court - Hawaii

Lower Court # CV-03-00265-SOM
    Agency #_____

9th Circuit Appeal # 04-16501

Short Title:  Feibusch v. Sun Life Assurance

**Total Volumes:** Clerk's Files: 6     Reporters Transcripts: 1

Sealed Envelopes: 0    Expando Files: 0 Lodged Documents: 0
Bulky Docs.:

Other:
_____

Note: THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED. ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED:

_____

_____

cc: Records Unit, 9th Circuit

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 0 8 2007
DISTRICT OF HAWAII