IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TONI FEIBUSCH, | ) | CIVIL NO.: 03 00265 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| INTEGRATED DEVICE TECHNOLOGY, INC. EMPLOYEE BENEFIT PLAN and SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2007, a true and correct copy of Plaintiff's Pretrial Statement was duly served upon the following parties by United States mail, postage prepaid, to their last known addresses, at:

    Mark E. Schmidtke, Esq.
    Schmidtke Hoeppner Consultants LLP
    103 E. Lincolnway
    P.O. Box 2357
    Valparaiso, IN  46384

    Attorney for Defendant
    SUN LIFE ASSURANCE COMPANY OF AMERICA

198044

Keith K. Hiraoka, Esq.
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, HI 96813

Attorney for Defendant
SUN LIFE ASSURANCE COMPANY OF AMERICA

DATED: Honolulu, Hawaii, April 23, 2007.

        DAMON KEY LEONG KUPCHAK HASTERT

        _____
        ALAN VAN ETTEN
        ROBERT D. HARRIS
        MARK D. DE BOFSKY

        Attorneys for Plaintiff
          Toni Feibusch