## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

***Served Electronically through CM/ECF:***

| | | |
|---|---|---|
| Robert D. Harris | rdh@hawaiilawyer.com | 23 April 2007 |
| Alan Van Etten | ave@hawaiilawyer.com | 23 April 2007 |
| Mark D. Debofsky | mdebofsky@ddbchicago.com | 23 April 2007 |
| Attorneys for Plaintiff | | |

***Served by First Class Mail:***

N/A

***Served by Hand-Delivery:***

N/A

Dated:  Honolulu, Hawai'i, Monday, April 23, 2007.

/s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney for Defendant