IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| TONI FEIBUSCH,<br><br>      Plaintiff,<br><br>v.<br><br>INTEGRATED DEVICE TECHNOLOGY, INC. EMPLOYEE BENEFIT PLAN and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>      Defendants. | ) **DECLARATION OF ROBERT D.**<br>) **HARRIS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF ROBERT D. HARRIS**

I, ROBERT D. HARRIS, declare as follows:

1.    I am an attorney with the law firm Damon Key Leong Kupchak Hastert, co-counsel for Plaintiff, and am duly licensed to practice in all courts in the State of Hawai`i.

2.    I make this Declaration upon personal knowledge and am competent to testify to the matters stated herein.

3.    Attached hereto as Exhibit "A" is a true and correct printed copy of the webpage found at http://www2.dca.ca.gov/pls/wllpub/WLLQRYNA$LCEV2.QueryView?P_LICEN

198304/rdh

SE_NUMBER=3155&P_LTE_ID=830. This exhibit was printed on April 24, 2007.

  4. Attached hereto as Exhibit "B" is a true and correct printed copy of the ruling of the Physical Therapy Board of California, "Functional Capacity Evaluations Performed by Physical Therapy Assistants" found online at http://www.ptb.ca.gov/pubs/functional_capacity.pdf. This exhibit was printed on April 24, 2007.

  5. Attached hereto as Exhibit "C" is a true and correct copy of *Jerden v. Amstutz*, 2006 U.S. App. LEXIS 686 (9th Cir. 2006), which was obtained on April 24, 2007 from LexisNexis.

  6. Attached hereto as Exhibit "D" is a true and correct copy of *Stup v. Unum Life Ins. Co. of America*, 390 F.3d 301 (4th Cir. 2004), which was obtained on April 24, 2007 from LexisNexis.

  7. Attached hereto as Exhibit "E" is a true and correct copy of *Ballinger v. Eaton Corp.*, 2002 U.S. Dist. LEXIS 14433 (S.D. Iowa 2002), which was obtained on April 24, 2007 from LexisNexis.

  8. Attached hereto as Exhibit "F" is a true and correct copy of *Edgerton v. CNA Ins., Co.*, 2002 U.S. Dist. LEXIS 15490 (E.D. Pa. 2002), which was obtained on April 24, 2007 from LexisNexis.

9. Attached hereto as Exhibit "G" is a true and correct copy of *Boardman v. Edwards Ctr., Inc. Long Term Disability Plan*, 2004 U.S. Dist. LEXIS 9250 (D. Ore. 2004), which was obtained on April 24, 2007 from LexisNexis.

10. Attached hereto as Exhibit "H" is a true and correct copy of *Migliaro v. IBM Long-Term Disability Plan*, 2002 U.S. Dist. LEXIS 21805 (M.D. Fla. 2002), which was obtained on April 24, 2007 from LexisNexis.

11. Attached hereto as Exhibit "I" is a true and correct copy of King, et al., "A Critical Review of Functional Capacity Evaluations," Physical Therapy 1998; 78:852-866, which was obtained on April 24, 2007 from the Journal of American Physical Therapy Association's website at http://www.ptjournal.org/cgi/reprint/78/8/852.

I declare under penalty of perjury under the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this 24$^h$ day of April, 2007 at Honolulu, Hawai`i.

_____
ROBERT D. HARRIS