IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TONI FEIBUSCH, | ) | CIVIL NO.: 03 00265 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| INTEGRATED DEVICE TECHNOLOGY, INC. EMPLOYEE BENEFIT PLAN and SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2007, a true and correct copy of PLAINTIFF'S MOTION IN LIMINE; OR, IN THE ALTERNATIVE, TO STRIKE THE REPORT OF STEVE MOON FROM THE RECORD; DECLARATION OF ROBERT D. HARRIS; EXHIBITS "A" – "I" was duly served upon the following parties at their last known address via electronically through CM/ECF on the date of filing:

Mark E. Schmidtke, Esq.
Schmidtke Hoeppner Consultants LLP
103 E. Lincolnway
P.O. Box 2357
Valparaiso, IN  46384

Keith K. Hiraoka, Esq.
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, HI 96813

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF AMERICA

DATED:  Honolulu, Hawaii, April 24, 2007.

       DAMON KEY LEONG KUPCHAK HASTERT
         and
       DALEY, DEBOFSKY & BRYANT

       _____
       ALAN VAN ETTEN
       ROBERT D. HARRIS
       MARK D. DE BOFSKY

       Attorneys for Plaintiff
         Toni Feibusch