# MINUTES

                                                                FILED IN THE
                                                   UNITED STATES DISTRICT COURT
                                                         DISTRICT OF HAWAII

                                                          05/01/2007  4:30 pm

                                                            SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00265SOM-LEK |
| CASE NAME: | Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S. |
| ATTYS FOR PLA: | Robert D. Harris<br>Mark Debofsky |
| ATTYS FOR DEFT: | Keith K. Hiraoka<br>Mark E. Schmitdke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 05/01/2007 | TIME: | 9:05-9:15 |

COURT ACTION:  EP: Final Pretrial Conference not held.  Status Conference held. Mark Debofsky and Mark E. Schmidtke participated by phone.

Parties to work procedure regarding submission of written and deposition evidence, stipulated facts and scheduling of short oral argument before trial judge.

Further Status Conference and Final Pretrial Conference set for 9:30 5/8/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager