# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00265SOM-LEK |
| CASE NAME: | Toni Feibusch vs. Sun Life Assurance Company of Canada, U.S. |
| ATTYS FOR PLA: | Robert D. Harris<br>Mark Debosky |
| ATTYS FOR DEFT: | Keith K. Hiraoka<br>Mark E. Schmidtke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 05/08/2007 | TIME: | 10:02-10:08 |

COURT ACTION: EP: Final Pretrial Conference held.

Mark Debosky and Mark E. Schmidtke participated by phone.

Witnesses: None. Trial Days: 1 total. Exhibits: Already on record.

Parties want to explore the possibility of conducting oral argument by video conference.

Submitted by: Warren N. Nakamura, Courtroom Manager