## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TONI FEIBUSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 03-00265 SOM LEK |
| ) | |
| INTEGRATED DEVICE TECHNOLOGY, ) | Defendant's Final Witness List |
| INC., EMPLOYEE BENEFIT PLAN, AND ) | |
| SUN LIFE ASSURANCE COMPANY OF ) | |
| CANADA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Comes now defendant, by counsel, and submits the following final witness list pursuant to the Amended Rule 16 Scheduling Order dated November 6, 2006:

1. Dr. Walter S. Newman, Jr., 6950 Santa Teresa Blvd., Suite B, San Jose, CA 95119 [Dr. Newman is expected to testify regarding his independent medical examination of the plaintiff and to render opinions regarding the fact that plaintiff is not disabled.]

2. Pursuant to previous rulings by this Court, defendant does not anticipate any additional witnesses at this time.

Pursuant to the Court's ruling on admissible evidence in this ERISA *de novo* benefit review proceeding, witness testimony will be limited to testimony by Dr. Newman and by

plaintiff's treating physician.  Other evidence will be limited to the administrative record, previously filed by joint stipulation of the parties on March 10, 2004.

                                      Respectfully submitted,

                                      Attorneys for Sun Life Assurance Company
                                      Of Canada

                                      s/Mark E. Schmidtke
                                      Mark E. Schmidtke
                                      Schmidtke Hoeppner Consultants, LLP
                                      103 E. Lincolnway
                                      Valparaiso, IN 46383
                                      Ph:  219-476-1522
                                      Fx:  219-464-1401
                                      mschmidtke@hwelaw.com

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2007 service of a true, correct and complete copy of the foregoing "Defendant's Final Witness List" was made upon the following counsel of record via the Court's ECF filing system:

Mark D. DeBofsky
mdebofsky@ddbchicago.com

Keith K. Hiraoka
khiraoka@rlhlaw.com

Alan Van Etten United States District Court
hawaiilawyer.com

Shannon M.I. Lau
slau@ahfi.com

Robert D. Harris
rdh@hawaiilawyer.com

**SCHMIDTKE HOEPPNER CONSULTANTS LLP**

s/Mark E. Schmidtke
Mark E. Schmidtke
Schmidtke Hoeppner Consultants, LLP
103 E. Lincolnway
Valparaiso, IN 46383
Ph: 219-476-1522
Fx: 219-464-1401
mschmidtke@hwelaw.com