ORIGINAL

Of Counsel
**ROECA LOUIE & HIRAOKA**

KEITH K. HIRAOKA    3423-0
khiraoka@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

MARK E. SCHMIDTKE
mschmidtke@hwelaw.com
Schmidtke Hoeppner Consultants LLP
103 E. Lincoln Way
P.O. Box 2357
Valparaiso, Indiana 46384
Telephone: (219) 465-7368
Facsimile: (219) 464-1401

   Attorneys for Defendant
   SUN LIFE ASSURANCE COMPANY OF CANADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TONI FEIBUSCH, | ) | 1:03-CV-265-SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE AS TO ALL** |
| | ) | **CLAIMS AND PARTIES; ORDER** |
| INTEGRATED DEVICE | ) | |
| TECHNOLOGY, INC. EMPLOYEE | ) | |
| BENEFIT PLAN and SUN LIFE | ) | |
| ASSURANCE COMPANY OF | ) | |
| CANADA, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

-1-

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED between the parties who have appeared in this action, through their respective counsel of record and pursuant to Fed. R. Civ. P. Rules 41(a)(l)(i), that the above-entitled action, be and is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. There are no remaining parties and/or issues.

Defendant Employee Benefit Plan was dismissed from this action without prejudice by stipulation filed September 30, 2003.

This stipulation has been signed by counsel for all parties who have appeared in this action. Trial was set for July 31, 2007.

Dated: Honolulu, Hawai'i, JUN 2 9 2007 _____.

_____
ALAN VAN ETTEN
MARK D. DeBOFSKY
Attorneys for Plaintiff

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER: Feibusch v. Integrated Device Technology, Inc. Employee Benefit Plan, *et al.*, CV03-00265 SOM LEK, United States District Court, District of Hawai'i.

_____
KEITH K. HIRAOKA
MARK E. SCHMIDTKE
Attorneys for Defendant
SUN LIFE ASSURANCE
COMPANY OF CANADA

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER: Feibusch v. Integrated Device Technology, Inc. Employee Benefit Plan, *et al.*, CV03-00265 SOM LEK, United States District Court, District of Hawai'i.